**LAW OFFICES OF JOHN J. JANIEC**
ATTORNEY AT LAW
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4510
NEW YORK, NEW YORK 10118-4510
—

TEL:  (212) 629 - 0027
FAX: (212) 244 - 6784

MEMBER OF THE N.Y. AND N.J. BARS
JJANIEC@JJJLAWOFFICE.COM

August 16, 2013

*Via ECF*

Hon. Katharine S. Hayden
U.S. District Court – District of New Jersey
M.L. King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey   07102

Re:  *Minmetals, Inc. v. Dragon Boom Ltd., et al*
     Case No.:   2:13-cv-03834 (KSH) (CLW)

Dear Judge Hayden:

  I am the attorney for Dragon Boom Limited, a defendant in the above referenced action. I am writing with respect to co-defendants' "Motion to Compel Arbitration."  (CMECF Doc. No.20)  This motion is presently returnable before Your Honor on September 3, 2013.

  Please accept this correspondence as notice that Dragon Boom's hereby adopts and joins in of all of the arguments raised by the moving defendants B&H American, Inc., Gary International Holdings, Ltd., Hangzhou Baohang Industrial Investment Group, Ltd., Min Dang and Xiyou Xu, in support of their motion to compel arbitration. (CMECF Doc. No. 20-23)

  Accordingly, Dragon Boom Limited respectfully requests that defendants' motion for an order compelling arbitration be, in all respects, granted.

            Respectfully submitted

            *John J. Janiec*

            John J. Janiec