# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

**Minutes of Proceedings**

*Judge*   Katharine S. Hayden        2/19/14
                                                                            Date of Proceedings

Court Reporter    Ralph Florio
Court Deputy      RoseMarie Guilloty

*Title of Case:*                                               *Docket # 13-3834 & 13-3070*

Minmetals v Dragon Boom

*Appearances:*

Leodis Matthews, Esq
Gregory Mueller, Esq.
Matthew Ross, Esq.
William Devaney, Esq.
Thomas Welling, Esq.
Marc Bianchi, Esq.
Kevin Walsh, Esq.

*Nature of Proceeding:*

Hearing held with oral argument on pending motions.
Court denied in part and stayed in part.
Orders to issue.


Time in court: 3:30


                                                      RoseMarie Guilloty
                                                        RoseMarie Guilloty, Deputy Clerk