**United States District Court**
**for the District Of New Jersey**

| | |
|---|---|
| MINMETALS, INC.<br><br>　　　　　　Plaintiff,<br>v.<br><br>DRAGON BOOM, LTD., *a British Virgin Islands limited company*; B&H AMERICAN , INC., *A New Jersey Corporation*; UNITED RESOURCES USA, INC., *a New Jersey Corporation*; GARY INTERNATIONAL HOLDINGS, LTD., *a Hong Kong limited company*; HANGZHOU BAOHANG INDUSTRIAL INVESTMENT GROUP, LTD., *a People's Republic of China limited company*; DANG MIN, *an individual also known as* MIN DANG; LI ZHENG, *an individual*; XIYOU XU, *an individual also known as* GRACE XU,<br><br>　　　　　　Defendants. | Civil No.: 13-3834 (KSH)<br><br>**<u>ORDER</u>** |

　　　This matter having come before the Court on plaintiff Minmetals's motions to remand [D.E. 10], to hold certain defendants in contempt/for sanctions [D.E. 38], and for injunctive relief [D.E. 49], and defendants' motion to compel arbitration [D.E. 20]; and the Court having heard oral argument on these motions; and for the reasons expressed on the record during the aforesaid proceeding,

　　　**IT IS**, on this 19th day of February, 2014,

**ORDERED** that Minmetals's motions to remand, for an order holding certain defendants in contempt and awarding sanctions, and for injunctive relief [D.E. 10, 38, 49] are **DENIED**; and it is further

**ORDERED** that the defendants' motion to compel arbitration [D.E. 20] is **DENIED WITHOUT PREJUDICE.**

Discovery shall go forward, and the parties shall consult with Magistrate Judge Waldor on a discovery schedule.

Katharine S. Hayden, U.S.D.J.