UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **Minimetals, Inc.,** | : | |
| | : | Civil Action No. 13-3834 (KSH-CLW) |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Dragon Boom, LTD.,** | : | **PRETRIAL SCHEDULING ORDER** |
| | : | |
| **Defendants.** | : | |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Fed. R. Civ. P. 16 on April 14, 2014; and for good cause shown,

**IT IS** on this 28th day of, April 2014,

**ORDERED THAT:**

**Next Scheduled Court Event:** The court will hold a telephone status conference, to be initiated by plaintiff, on **8/26/14 at 1:00 pm.**

## I.  DISCOVERY AND MOTION PRACTICE

Discovery will be conducted in stages, as determined by the Court.  At the conclusion of each stage the Court will hold a status conference, wherein the parties shall have met and conferred regarding the request for, "Next Stage" discovery, and shall submit their respective positions on requests that have not been agreed to including the projected cost of anticipated production, and burden related to production.

Stage 1 shall consist of the following within the temporal range from 1/1/09 through 12/31/12:

**1)** Discovery related to transactions alleged in the complaint.

**2)** Any transactions (in the above cited time frame) in which Li Zheng was involved.

**3)** Discovery as to the cost basis, price setting and methodology Minimetals, Inc., utilized in setting market price including transactional history.

**4)** Discovery regarding Minimetals, Inc.'s relationship with other entities.

**5)** Policies and procedures utilized by all parties relating to contract initiation, communication, and execution.

**6)** Any and all documentation relating to Li Zheng's transfers including but not limited to complaints, grievances, and disciplinary action.

**7)** As to the depositions: they may be conducted as each party deems necessary, if the party noticing the deposition re-calls the deposition witness prior to the end of paper discovery that re-disposition shall be financed by the recalling party, re-deposition time will be limited by the Court after the Court reviews a proffer of areas for re-deposition.

**The following dates shall also apply**:

Rule 26 exchanges to be completed by: **4/30/14.**

Service of initial interrogatories (25 interrogatories per each party for each stage) and Document Request by: **5/15/14.**

Responses to written request by: **6/20/14.**

Add and amend pleadings by: **5/15/14.**

Fact End Stage 1: **9/1/14.**


**FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS**.

                                               s/ Cathy L. Waldor
                                               **CATHY L. WALDOR**
                                               **UNITED STATES MAGISTRATE JUDGE**