Gregory K. Mueller
Mueller Law Group
19 Engle Street
Tenafly, New Jersey 07670-2096
Tel. (201) 567-4969
E-mail: gmueller@muellerfirm.com

Glenn M. Kurtz (*pro hac vice pending)*
Douglas P. Baumstein (*pro hac vice pending*)
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, New York 10036
Tel:  (212) 819–8200
*Attorneys for Plaintiff Minmetals, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MINMETALS, INC.,<br><br>            Plaintiff,<br>   vs.<br><br>DRAGON BOOM, LTD., a British Virgin Islands limited company; B&H AMERICAN, INC., a New Jersey Corporation; UNITED RESOURCES USA, INC., a New Jersey Corporation; GARY INTERNATIONAL HOLDINGS, LTD., a Hong Kong limited company; HANGZHOU BAOHANG INDUSTRIAL INVESTMENT GROUP, LTD., a People's Republic of China limited company; DANG MIN (a.k.a. MIN DANG), an individual; LI ZHENG, an individual; XIYOU XU (a.k.a. GRACE XU), an individual; ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>            Defendants. | Case No.: 2:13-cv-03834<br>(KSH-CLW)<br><br>**PLAINTIFF MINMETALS' NOTICE OF MOTION TO COMPEL THE PRODUCTION OF DISCOVERY FROM DEFENDANT DRAGON BOOM, LTD.**<br><br>**Return Date:  February 17, 2015** |

**PLEASE TAKE NOTICE** that on February 17, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Minmetals, Inc. ("Minmetals"), by and through its counsel, the Mueller Law Group, shall move before the Honorable Cathy L. Waldor, U.S.M.J., United States District Court for the District of New Jersey, Courtroom 4C, located in the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order compelling defendant Dragon Boom, Ltd. ("Dragon Boom") to serve complete responses to Plaintiff's Interrogatories Addressed to Dragon Boom, dated May 15, 2014, and to produce documents for discovery and inspection pursuant to Plaintiff's First Set of Stage 1 Requests for the Production of Documents, dated May 15, 2014, and further requiring Dragon Boom to pay costs and attorneys' fees incurred by Minmetals in bringing this motion as sanctions for noncompliance, and for such other and further relief as the court may deem necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Plaintiff will rely on the accompanying Memorandum of Law and Declaration and Certification of Douglas P. Baumstein, dated January 15, 2015, with Exhibits filed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless the matter is contested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  January 15, 2015
        New York, New York

                                        Respectfully submitted,

                                        /s/ Gregory K. Mueller

3

        Gregory K. Mueller  
        Mueller Law Group  
        19 Engle Street  
        Tenafly, New Jersey 07670-2096  
        Tel. (201) 567-4969  
        E-mail: gmueller@muellerfirm.com