# LAW OFFICES OF JOHN J. JANIEC
**ATTORNEY AT LAW**
**THE EMPIRE STATE BUILDING**
**350 FIFTH AVENUE**
**SUITE 4510**
**NEW YORK, NEW YORK 10118-4510**

—

**TEL:   (212) 629 - 0027**
**FAX: (212) 244 - 6784**

**MEMBER OF THE N.Y. AND N.J. BARS**
**JJANIEC@JJJLAWOFFICE.COM**

April 13, 2015

Hon. Cathy L. Waldor
U.S. District Court – District of New Jersey
M.L. King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Minmetals, Inc. v. Dragon Boom Ltd., et al*
        Case No.:   2:13-cv-03834 (KSH) (CLW)

Dear Judge Waldor:

      I am the attorney for Dragon Boom Limited, a defendant in the above referenced action.

      I am writing with respect to Dragon Boom's Motion To Compel Respondent William Rigney to respond to the third-party subpoena which was previously served upon him (ECF Doc. No. 106).  As set forth in the letter of plaintiff's counsel to Your Honor dated April 7, 2015 (ECF Doc. No. 125), and as discussed in the status conference with the parties that was held on April 8, 2015, this matter has been resolved upon the terms set forth in the April 7th letter.

      As requested by Your Honor, enclosed is a proposed order which has also been reviewed by plaintiff's counsel directing that Respondent William Rigney provide documents which have been requested and have not been provided.

Respectfully submitted

*S/ John J. Janiec*

John J. Janiec

cc:   Douglas Baumstein
      Kelly Bonner
      Gregory Mueller
      Matthew Ross
      Leodis Matthews
*Attorneys for Plaintiff by electronic mail*

William Devaney
Lawrence Cooke
Thomas Welling
James Schmitz

        *Attorneys for Co-defendants by electronic mail*