## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MINMETALS, INC.,<br><br>    Plaintiff,<br>  vs.<br><br>DRAGON BOOM, LTD., a British Virgin Islands limited company; B&H AMERICAN, INC., a New Jersey Corporation; UNITED RESOURCES USA, INC., a New Jersey Corporation; GARY INTERNATIONAL HOLDINGS, LTD., a Hong Kong limited company; HANGZHOU BAOHANG INDUSTRIAL INVESTMENT GROUP, LTD., a People's Republic of China limited company; DANG MIN (a.k.a. MIN DANG), an individual; LI ZHENG, an individual; XIYOU XU (a.k.a. GRACE XU), an individual; ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 2:13-cv-03834<br>(KSH-CLW)<br><br><br>**ORDER OR OPINION TO SEAL**<br><br>Return Date: November 16, 2015 |

**THIS MATTER** having been brought before the Court by the Law Offices of Gregory K. Mueller, P.C., attorneys for Plaintiff, Minmetals, Inc. ("Plaintiff"), in the presence of counsel for Defendants, upon motion for entry of an Order pursuant to Local Civil Rule 5.3 to maintain certain materials under seal, and the Court having considered the papers and having found: (1) the nature of the materials and proceedings at issue involves sensitive information produced by the Plaintiff and Defendants pursuant to the Confidentiality Order entered in this case on August 4, 2014; (2) that the legitimate confidentiality interest of Plaintiff and Defendants outweighs any public interest in the materials at issue; (3) that a clearly defined and serious injury would result if the motion to seal were denied; and (4) that the contents of the Reply Memorandum of Law and accompanying declaration and exhibit are such that a less restrictive alternative to the relief sought is not available; therefore, for good cause shown:

**IT IS** on this ___9th___ day of ___November___, 2015

**ORDERED** that Plaintiff's motion to seal pursuant to Local Civil Rule 5.3

ECF No.164

is hereby **GRANTED.**

**SO ORDERED.**

SO ORDERED

_s/Cathy L. Waldor_

Cathy L. Waldor, U.S.M.J.

Date: 11/9/15

_____

HON. KATHARINE S. HAYDEN, U.S.D.J.